Executive Secretary of Defense
Kerry Salas De La Miya
P.O. Box 2017 # 1550200
Lake Charles, La, 70615
Service@mylawbird.com

U.S. District Court
W.D. of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids, MI, 49503

FILED - GR
March 18, 2024 1:07 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB 3/19

## COMPLAINT

Page 1 -
Case #_____

**1:24-cv-286**
Robert J. Jonker
U.S. District Judge

CASE #  B11          1111

Plantiff

KERRY BROOKS - Galinus        VS

Executive Secretary of Defense
ExecSecDef Kerry Brooks Galinis

Defendant

BRANCH COUNTY        S)
State of Michigan
Does & Janes 2-100

## I.
### Jurisdiction e Venue

1. This is a civil action athorized by 42 U.S.G. Section 1983 redress the depirvction, under the color of State Law, of rights secured by the constitution of the United States of America. The courts have Jurisdiction under 28 U.S.C. Section 1331 and 1343(a)(3). Plaintiff's claims for injunctive relief are athorized by 28 U.S.C. Section 2283 e 2284 and Rule 65 of the federal rules of civil procedure.

2. The U.S. District Court of Western Division of Michigan is the appropriate venue under 28 U.S.C § 1391 (b)(2) because is where the events given rised to this claim occured

## II.
### Plaintiffs

3. Plaintiff Executive Secretary of Defense Kerry Brooks Galinis is and was at all times mentioned in Branch County Michigan in the Federal Western Division of Michigan

## III.
### Defendants

4. Does 1-100 Janes 1-100, Branch County Courts, Local, County State Law

Executive
Kerry Salas De La Miya
P.O. Box 2017 #1550200
Lake Charles, La, 70615
Service@mylawbird.com

U.S. Dist. of Court
W.D. of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids, MI, 49503
page 2-
CASE # ____-cv-____
Case # _____

# IIII.
# FACTS

For many years the County of Branch and the Attorneys within the Jurisdiction have used the Branch County Courts and there Knowledge to add insult to injory. They have abused there political Subdivison and town Charter to violate my constitutional rights as well as Steal from me and take from my Company and myself with out Due Process. There are several people involved in this matter. A Man by the name of Charles Lillis is a City Attorney for the town Quincy **Located** in Michigan. What I have discovered is that this Charles Lillis sits on a few Board of Executives involving the Wireless Telecommunications Industry. This Charles Lillis is responsable on a lot of insider Stock trading involving my **CORY RIGHTS** to the Manofacturing right to the Design of the Communications Tower. I bought a business from a 97 year old man in Spring Arbor Michigan that invented the Machine that makes and Produces these towers. They used Local, County, and State Police resources to Disrupt and Prevent me from doing business in the State of Michigan. They Did a thing Called AD HOC TAKING.

Now the City of Coldwater, has there own Public Service Commission involving the Coldwater Board of Public Utilities. The City Attorney for the City of Coldwater is guilty of the same actions of violating my Constitutional rights as well as allowing the City Resources of Public Safety to prevent me from doing Business in there town.

Executive Secretary of Defense
Kerry Salas De La Moya
PO Box 2017 #1550200
Lake Charles, La, 70615
Service@myLawbird.com

U.S District Court
W.D. of Michigan
399 Federal Building
110 Michigan Ave
Grand Rapids, Michigan

page 3 —

# IIII.
## FACTS

CASE# ~~█~~ 3-cv- ~~█~~

Case# ~~~~~~

From all the Harrasment from the Law enforcement and abuse of the City Attorney's as well as the State of Michigan District Attorney, They forced me to up root from my Home and Business in fear of my Life, Limb and Liberty do to there insult with injury actions.

   As well as my Software Releases this Local government system of Attorney's and Brokers in Coldwater and Branch County Michigan, have Brute force Attacked me for my Digital Assests that I was Awarded to be the Domain Master of Government Websites as Follows: www.Login.gov , www.gsa.gov and www.SAM.gov, I was awarded these tokenizations in April & May of 2023. The Proof of My Developer work can be found on this website which is as follows: www.github.com and seach this name "Kerrygalinis". The courts can find my Developer work at that Web Domain which is also owned by Microsoft.

   The Sheriff of Branch County His Name is Sheriff John Pollack. I have been Document thing with him since Jan 1-2018 even involving my Bitcoin wallet. My Software developments and Developer projects are pay in Bitcoin and othe Digital Assets and tokenization forms of Payment. The Sheriff of Branch County is the only one I showed my Bitcoin Wallet to. I sent him photos by Email of the Photos I sent to him of the Bitcoin wallet. Now the Sheriff is appart of an Organization Called The National Sheriff's Association.

Executive Secretary of Defense
Kerry Salas De La Miya
PO Box 2017 #1550200
LAKE CHARLES, CA, 70615
Service@myLawbird.com

U.S. DISTRICT COURT
W.D. of MICHIGAN
399 Federal Building
110 Michigan St
Grand Rapids, Michigan
Page 4-

## IIII.
## FACTS

CASE # ____-CU-____ 5
CASE # _____

Well during the Covid 19 I was told to Deploy to the New Orleans Area in the telecom market. So I did. IN 2020 I was Brute force attacked by the St Charles Sheriff's Department and weeks before I was Attacked by the Westwego City Which is a political subdivision within the Parish of Jefferson. They used the National Sheriff Association President Greg Champagne to Brute force attack me for my Bitcoin and as well as my Department of Defense Digital Credentials that involve the Military Digital Enterprise Network. Also Known as **D.I.S.A.** "*Defense Information Systems Agency*" These Digital Credentials can even control I.P. addressing allowing a upper hand to Rigg the elections. I have all of the evidence to prove my Allegations. These are all Factual Allegations.

Please See  https://www.execsecdefense.wordpress.com and  https://www.411dotcom.wordpress.com the WEB Address of 411dotcom.wordpress.com was time and Date stamped 2 days before the Brute force attack by the St Charles Parish Sheriff's Department. on that website you will find a Photo uploaded of my Bitcoin Wallet Labeled Bitcoin Recovery. The reason it was Labeled bitcoin Recovery was because I knew I was about to be Attacked.

It was Deputy Michael Champagne that Arrested me, It was Rochelle Champagne that was the District Attorney And Sheriff Greg Champagne that Prisoned me for 3 years.

Executive Services 00286 Defense?

KERRY SALAS DE LA MIYA
PO BOX 2017 #1550200
LAKE CHARLES, LA, 70615
Service@myLawbird.com

W. D. of Michigan
399 Federal Building
110 Michigan St NW
Grand Rapids, MI,
Page 5-

## IIII.
## FACTS

CASE# ___-cv-___
CASE# _____

Lets back up to before I was born, 1983, The Tri-State Area of Michigan, Indiana and OHIO. These Attorneys Like Charles Lillies and My Attorney Richard Colbeck was really good Friends with the owner of Swagger communications which is located in Fremont Indiana, Just accross the State line between Quincy Michigan and Fremont Indiana, Those two towns Share Boarders. 2 Attorneys Named Charles Lillis and Richard Colbeck and to Communication company owners Named Lee Swagger and Michael Peters.

The relationships that they built, the government came to Swagger Communications to handle most of there Communications in the government, Local, State, Federal, Military. This relationship Between the Michigan Attorneys, the two communications Business owners and Military Contracts made a great partnership. With these Attorney's connected to other Attorney's in connection with the Licensing and Regulatory Affairs, It made room for these Attorney's and Brokers to make a lot of money before the Digital Age. This is based off of the Analog Age before everything went Digital. Now in 2009 when the Law mandated Digital Broadcasting, Now these people could take 1 Frequency and split the 1 frequency into 100 thru 1000 frequencies, making a $Killing$ on Sales of these frequencies

I entered into the Wireless Telecommunications in May 15 2005. As you will find later involvment of Charles Lillis in Telecom

Executive S—————————————————— ————————— CourT
Kerry Salas De La Miya
PO Box 2017 # 1550200
LAKE CHARLES, LA, 20601

W.D. of Michigan
399 Federal Court
110 Michigan St NW
Grand Rapids, ~~MI~~ ▪
Page 6
Case # _____
CASE # ▢-CV-▢

# IIII.
# FACTS

By the year of 2012 January, My mother obtained a check
for the Amount of $100,000. With this money my mother signed
over a check to the Southern Michigan Bank and Trust in 2012.
With this Loan from my mother I was able to Buy the original
inventers & Engineer of the Communication tower Equipment. This
Man was 97 years old and out living all his partners and friends
in the tower and Communications industry. His Name was Paul
Inman from Spring Arbor Michigan. I used the money my mother
had given me to by the Manufacturing Equipment. By the
End of the year of 2012 my mother took me to court over the
$100,000 dollars she had given me. In 2012 it was the Birth
of ANTENNA TOWER COMMUNICATIONS. So My mother is
"Sheila" "Shelia E. Cousino" Birth Name SHELIA E. O'NEILL she
filled a Law-Suit in the 15th Circuit Court of Branch County
Michigan Before William P. O'Grady as the residing Judge.
My mothers Attorney was Attorney Hese & Stevens Law-firm
and my Attorney was Richard Colbeck of Coldwater Michigan.
This Law-suit was Cousino v. Galinis. There the Federal
District court will find these records and claims. When I bought
the business some people from the Bank of America Come out
to inspect and take photos of my Equipment. This person was
Some kind of Appraser for Bank of America when I open
a Basic company account. I have had Business accounts before
I never had People come inspect my business.

Executive Secretary of Defense
Kerry Salas De La Miya
PO Box 2017 # 1550200
Lake Charles, LA, 70615

W. D. of Michigan
399 Federal Building
110 Michigan St Nw
Grand Rapids, MI,
page 7-

CASE # ▓▓▓-CU-▓▓▓;

Case # _____

## IIII.

## FACTS

So these bankers that came to inspect my business or these 3rd party
people that came to inspect took Photo's and measurements of my
equipment. Came to findout this bank really was not bank of america
But some Kind of money maket account 3rd party. This
was the big birth of E-commerce and I worked with
Jack Dosrey to make a mobile app and credit card swipe
to teke payments for my towers, I was shipping my
towers all over the United States and teking credit card
payments, I also made a master spreedsheet for sales
as well for google Shopping and Google Marchnetr I was
now a communications company that offered, The Quincy
and Coldwater Chute and the Chute of Branch County has
also violated my Due Process in false Documention for
false Criminal Charges against me. they us in the courts
and the administration has Blocked me from Finel Prspostion
in the triel court of Branch county, Which violates my
Right to speedy triel. They have Denied me equal Protection
under the Laws, They have Denied me fair and equal access
to the courts. Preventing me from answering to the supposed
Criminal matters, Not allowing me to have my Michigan
Constitutional Rights as well as my United States Constitutional
Rights, I have filed every motion up to all the High
Courts of the United States of America.

# IV.

## LEGAL CLAIMS

6. All of my constitutional Right was violated
I can't produce the evidence because they have me
Locked in prison but I have managed to put
up some evidence of my claims as this discovery
goes on unless they want to settle in court
Until the ends of Just time I will have to bring
more clams of tort by Malice behavior in which
they have acted in there office, RICO Claims,
unjust enrichment, Fraud, violations of Public trust
and more to add as the Discovery process unfolds.
Branch County has a history of Abusing my family
through office holders and positions of goverment wher
they will add insult to the injury through Malice
Actions and behaviors with the resources at the hands

7. The injunctive relief needed to prevent future injury
or tort is to have a habeas corpus on the current
Criminal matters false charges that was brought. I also
need them to respect my office in which I hold as the
Executive Secretary of Defense and Don't prevent me from
performing my duties of my office by arresting me and
Kidnapping and false imprisonment or any other acts of
Extortion. Allow me to have access to the Grid to
perform services for my customers.

page 9

# IV.

Allow me to operate as interstate carrier with my business giving me equal access to the Local switching building. Grant a Declaration to the County in which I am performing the Duties as the Executive Secretary of Defense. Declaration for Freedom of Travel and move-ment. Don't Arrest for fails criminal Charges, Don't Use the Local Police Force to your Political and Personal interest and Personal Gain I also seek the same immunity of Respect to State and Federal and Executive Position with Respect to my office with a Writ of Mandamus to compel, and they must seek a writ of Quo Warranto to Challenge my Position as the Executive Secretary of Defense,

7.1    The plaintiff has no plain adequate or complete remedy at ~~law~~ to redress the wrongs, described herein. Plaintiff has been and will be and continue to be irreparably injured by the conduct of the defendants unless this court grants the declaration and injunction relief which Plaintiff Seeks.

# V. PRAYER FOR RELIEF

WHEREFORE, plaintiff respectfully prays that this court enter Judgment granting Plaintiff:

8. A declaration that the acts and ommissions describeds herein violates plaintiffs rights under the constitution and Laws of the United States of America for which it Stands for.

Page 10

# V.
## <u>PRAYER FOR RELIEF</u>

9. A temperary restraining order perventing Brench Count Court from Stopping my worght to a speedy trial a right to a habees Corpus without delay. I need a preliminary injunction stopping all money from the Macencisim Intrastate fund from being Spent until I have a Chance to Audit the fund and see all money and expensices that are coming out of the fund. A Preliminary Injunction perventing them from allowing me access to the Switch. For the Whole county of Brench County, Also for the Brench County Sheriffs Department to Provide Execative Securty forces for myself when asked to do so. Pervent harresment and Reteliation from Anyone within the Jurisdiction of Brench County that holds a Political Position and Don't viokte my Rights ecch time my Right are violeted It will be a 1,000,000 fine from the violctions All Citues will Produce there Certificctes of Bonds in which I request fer cll including the County of Brench.

10. Compensation Damages for in th amount of $10,000,000 against ecch Defendent thet wes Summoned Jointly and Severally

page 10

11. Punitive Damages in the amount of 20 million dollars against each defendant or the max of the Bond and the amount of $10,000,000 against the Defendant

12. A Jury trial on all issues triable by Jury

13. Plaintiff's Cost in the suit

14. Any additional relief the court Deems Just, Proper and Correct

March 04 2024

# VERIFICATION

I verify under the penalty of Perjury that all foregoing are true and Correct to the Best of my Knowledge and Belief in all above Statement herein this Document.

Respectfully Submitted,
Executive Secretary of Defense
Kerry Brooks Gelinis
Kerry Brooks Gelinis

March 04 2024 Monday
@ 2:30 P.M this was Executed.

Executive Secretary of Defense
Kerry Sales De La Miya
PO Box 2017 # 1550200
Lake Charles, LA, 70615
Service@mylawbird.com

U.S. District Court
W.D. of Michigan
399 Federal Building
110 Michigan St, NW
Grand Rapids, MI, 49503

(x - #4)

# CERTIFICATE
## OF
## SERVICE       CASE #

I ExecSecDef Kerry Sales De La Miya, do hereby certify under the penalty
of perjury that I have caused a true and correct copy of the forgoing
Show Cause hearing to be duly served Aupon the office of the
Clerk of Court and all Parties listed below by Placing same in the
U.S. Mail Depository on the 12th day of Febuary 2024 at the
Calcasieu Correctional Center, 5410 E Broad St, Lake Charles, LA, 70615

1) Sheriff TONY MANCUSO     2) Branch County District Attorney

3) Sheriff John Pollock     4) Calcasieu Parish District Attorney

5) Judge Brent Weigle       6) ExecSec Def Kerry Sales De La Miya

X _____

Attorney Pro SE

# VERIFICATION

I ExecSecDef Kerry Sales De La Miya, do hereby verify under the Penalty
of Perjury that I am the Petitioner in the foregoing, that I have read
and/or prepared all matter contained therein, and that all matters
contained therein are true and correct to my knowledge and/or belief

_____
Attorney Pro SE

Executive Secretary of Defense                                    U.S. District court
Kerry Salas De La Miya                                              W.D of Michigan
P O Box 2017 #1550200                                              399 Federal Building
Lake Charles, La, 70615                                            110 Michigan St NW
service@mylawbird.com                                              Grand Rapids, MI, 49503

## DECLARATION OF Executive Secetary of Defense
## KERRY SALAS DE LA MIYA

CASE #            1-cv-

ExecSecDef Kerry Salas De La Miya hereby Declares:

Since Covid 19 and the Hurricans that rocked Louisiana, Just
off of those two situations I could not get U.S. Mail
out of the St. Charles Parish to file my Section 1983 civil
rights lawsuit. I am not the only one that Covid 19 and
the legal work, the hurrican also was a Bouble Wammy on
the situation. The courts have two understand I can not control
the acts of God and let me proceed on some of the situations
that exceed the 2 year statute of limitations. Also it was
the Staff and Adminastration that tampered with my mail and
Lost me in the Louisiana Prison System under a whole different
name and Birthday Please see Louisiana DOC#760285. This
Sheriff's Department has access to a F.B.I. finger print Machine
and still arrest me under a whole different name and Birthday.
So I ask the courts to allow me to proceed with some
of the Claims that past the 2 years based on the uncontroled
acts of God and the Global Emergency

I declare under the penalty of Perjury that the foregoing
Statements is true and correct. Excuted at Lake Charles,
Louisiana on the 10 day of Febuary 2024

Executive Secretary of D
Kerry Brooks Galinis
PO BOX 2017 #1550200
LAKE CHARLES, LA, 70615

OFFICAL BUSINESS

